**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| IN RE:<br><br>BRIAN CROYLE<br>SSAN:  XXX-XX-7993<br><br><br><br><br><br>Debtor(s) | Case No. 17-30762-DHW<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on March 15, 2017.

2. The debtor(s) §341 Meeting of Creditors was held April 25, 2017.

3. The debtor(s) overall pay record is 0%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) Schedules I were not amended as discussed at the 341.

(**X**) The plan is not feasible and payments need to be raised to $697 monthly to be feasible.

(**X**) The debtor(s) failed to commence plan payment as required by 11 U.S.C. § 1326.

(**X**) The debtor(s) failed to appear for the meeting of creditors.

(**X**) The following creditor was listed as unsecured, but filed their claim as secured or priority. The debtor(s)' plan fails to make provisions for this claim:

    Creditor: STATE OF ALABAMA
    Trustee's Claim Number: 8
    Account Number: 7993-2014 TAX-NO PROV
    Claim Amount: $452.72
    Court Claim Number: 3
    Claim Filed As: PRIORITY/SPLIT

(**X**) Amend plan to commit proceeds of possible cause of action.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this June 09, 2017.

        Sabrina L. McKinney
        Chapter 13 Standing Trustee

By: /s/*William C. Carn, III*
    William C. Carn, III
    Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: carnw@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this June 09, 2017.

Copy to: DEBTOR(S)
        RICHARD D SHINBAUM

/s/*William C. Carn, III*
William C. Carn, III
Staff Attorney