# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>BRIAN CROYLE<br>SSAN: XXX-XX-7993<br><br><br><br>Debtor(s) | Case No. 17-30762-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on March 15, 2017.

2. The debtor(s) §341 Meeting of Creditors was held April 25, 2017.

3. The debtor(s) overall pay record is 56%.

(**X**) The Trustee has not received the debtor(s) tax returns as required by 11 U.S.C. § 521.

(**X**) The plan is not feasible and payments need to be raised to $858.00 monthly to be feasible.

(**X**) Debtor was to amend Schedule I to list his income and amend Schedule J to list expenses. Both schedules are currently blank. However, Debtor testified that the income listed on the Current Monthly Detail was accurate. Debtor was also to provide the Trustee with his business report, including income and expenses.

(**X**) Debtor was to file his 2016 tax returns, and provide a copy of the same to the Trustee.

(**X**) Debtor was to amend the plan to list ongoing DSO as being paid direct.

(**X**) Debtor testified that he had not paid his mortgage since filing.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s) plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this August 14, 2017.

<pre>
                                        Sabrina L. McKinney
                                        Chapter 13 Standing Trustee

                                    By: /s/*Audrey L. Willis*
                                        _____
                                        Audrey L. Willis
                                        Staff Attorney
</pre>

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: willisa@ch13mdal.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this August 14, 2017.

<pre>
Copy to: DEBTOR(S)                      /s/*Audrey L. Willis*
         RICHARD D SHINBAUM             _____
                                        Audrey L. Willis
                                        Staff Attorney
</pre>